

**FILED**
AUG 0 8 2023
US DISTRICT COURT
DISTRICT OF NEVADA

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GIANNI NAMIR McKINNEY,<br>  a.k.a. "Bandman G,"<br><br>Defendant. | Case No. 2:23-mj-00731-NJK<br><br>**SEALING ORDER** |

Based on the United States' *ex parte* application, with good cause appearing therefore,

**IT IS ORDERED** that the Criminal Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and this Court's instant order in the above captioned matter are sealed in accordance with Local Rule IA 10-5 until further order of the Court.

**IT IS SO ORDERED** this August 8, 2023.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1



JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig @usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00731-NJK |
| Plaintiff, | UNITED STATES' EX PARTE APPLICATION TO SEAL CRIMINAL COMPLAINT, WRIT OF HABEAS CORPUS AD PROSEQUENDUM, ARREST WARRANT AND APPLICATION |
| vs. | |
| GIANNI NAMIR McKINNEY, a.k.a. "Bandman G," | |
| Defendant. | |

The United States of America, by and through Jason M. Frierson, United States Attorney for the District of Nevada, and Daniel J. Cowhig, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and the Court's Sealing Order in the above captioned matter until such time as this Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary to seal the complaint and the related documents in this case because they reveal information connected to ongoing investigations involving both the named defendant and confederates. Public disclosure of the information contained in the complaint may compromise ongoing investigations, risk the safety of victims and

witnesses, alert confederates to the existence of the investigations, and permit flight in order to avoid prosecution. Further, while the named defendant is currently held at the Clark County Detention Center, were he to be released prior to the service of the writ, necessitating an arrest on the requested warrant, his prior knowledge of the complaint and arrest warrant might pose risks to law enforcement officers executing that arrest.

To avoid premature exposure of ongoing investigations, protect the safety of victims and witnesses, and to facilitate defendant's arrest on the requested warrant, if necessary, the United States respectfully requests this Honorable Court grant the United States' motion to seal the Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and the Court's Sealing Order in the above captioned matter in accordance with Local Rule IA 10-5 until further order of the Court.

Respectfully submitted this August 8, 2023.

JASON M. FRIERSON
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney